UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-30126-MAP

| | |
|---|---|
| DERRICK ALTMAN,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| NORTH ADAMS POLICE DEPARTMENT,<br>PATROLMAN, ERIC A. THOMAS, in his official<br>and individual capacities, PATROLMAN,<br>MARK BAILEY, in his official and individual<br>capacities, SUPERVISOR, STEVEN DEANE,<br>in his official and individual capacities,<br>COMMISSIONER OF PUBLIC SAFETY,<br>E. JOHN MOROCCO, in his official and individual<br>capacities, DIRECTOR OF POLICE SERVICES,<br>MICHAEL COZZAGLIO, in his official and<br>individual capacities, and<br>MAYOR, JOHN BARRETT, in his official and<br>individual capacities,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37

NOW COME the defendants, North Adams Police Department,[1] Patrolman Eric A. Thomas, Patrolman Mark Bailey, Supervisor, Steven Deane, Commissioner of Public Safety E. John Morocco, Director of Police Services, Michael Cozzaglio, and Mayor John Barrett ("defendants"), and respectfully request that this Court issue sanctions, pursuant to Fed. R. Civ. P. 37, against the plaintiff for failing to comply with this Court's discovery order. As grounds therefor and in support thereof, the defendants submit that on or about December 19, 2010, this Court allowed defendants' motion to compel. The plaintiff has failed to comply with this order.

---

[1] The named defendant notes that, as stated by the Court, at the status conference held on December 3, 2009, it is not a proper party to the above-captioned matter and that the City of North Adams must be deemed to be the defendant herein. See *Murphy v. Town of Natick*, 516 F. Supp. 2d 153, 158 (D. Mass. 2007); *Curran v. City of Boston*, 770 F. Supp. 116, 120 (D. Mass. 1991) (holding that the Boston Police Department was a "non person" and, as such "not a suitable entity"). See also, *Henschel v. Worcester Police Dept.*, 445 F.2d 624 (1st Cir. 1971).

539143

As further grounds and in further support of the instant motion, the defendants attach hereto and incorporate herein by reference their memorandum in support of the instant motion.

WHEREFORE, based upon the foregoing reasons, the defendants respectfully request that this Court issue sanctions against the plaintiff, as set forth in their memorandum of support of the instant motion.

Respectfully submitted,

THE DEFENDANTS,
NORTH ADAMS POLICE DEPARTMENT, PATROLMAN ERIK A. THOMAS IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, PATROLMAN, MARK BAILEY IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, SUPERVISOR, STEVEN DEANE IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, DIRECTOR OF POLICE SERVICE IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, MICHAEL COZZAGLIO, COMMISSIONER OF PUBLIC SAFETY, E. JOHN MOROCCO IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES AND MAYOR JOHN BARRETT 3RD, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES

By____/s/ David S. Lawless, Esq.____
David S. Lawless, Esq. of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 452-0270
BBO No.: 664754
dlawless@robinson-donovan.com

539062

3

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of January, 2011.

                                                                        */s/ David S. Lawless, Esq.*
                                                                      David S. Lawless, Esq.

539062