## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK ALTMAN, <br>    Plaintiff(s) <br> <br> v. <br> <br> NORTH ADAMS POLICE DEPARTMENT <br> ET AL., <br>    Defendant(s) | CIVIL ACTION NO. 3:08-cv-30126 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants North Adams Police Department, et al., against the plaintiff, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: March 17, 2011      By /s/ *Maurice G. Lindsay*
                                                       Maurice G. Lindsay
                                                       Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                                [jgm.]